# Exhibit 2

| US11083142 | Urban Crop ModuleX ("The accused system") |
|---|---|
| 1. A method for producing and harvesting a crop in a daylight-free environment comprising: | The accused system practices a method for producing and harvesting a crop in a daylight-free environment (e.g., environment inside the accused system).<br><br>As shown below, the accused system is a cultivation system having a container body within which crops are grown with no exposure to natural daylight (sunlight).<br><br><br><br>ModuleX: The Modular Plant Factory<br>Smart engineering for scalability, adaptability, and efficiency<br>https://urbancropsolutions.com/modulex/ |



The ModuleX is smart engineered with commercial needs and success in mind. You can therefore start up with a single module and grow up to a Module-64 (and beyond). As you develop new routes into the market, and attract more customers, you and continue adding grow modules to scale up your production to meet demand.

https://urbancropsolutions.com/modulex/



| | |
|---|---|
| growing the crop in a | The accused system practices growing the crop in a culture substrate (e.g., a |

| | |
|---|---|
| culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another, | seeding substrate) in a multi-layer daylight-free cultivation system (e.g., the accused system) having a number of cultivation shelves (e.g., shelves of the accused system) above one another.<br><br>As shown below, the accused system is a cultivation system having a container body where sunlight (daylight) does not reach, within which crops are grown using substrates that serve as the culture substrate. The accused system (cultivation system) further comprises shelves on which trays holding the substrates are placed, stacked on top of one another.<br><br>The ModuleX is our second-generation hydroponic plant factory, engineered with commercial success in mind. It can be configured starting at one grow module, so your plant factory is scalable with the growth of your business.<br><br>growing the crop<br><br><br><br>One grow module features 86 m2 (926 sq. ft.) of growing surface. And each separate module allows for an independent climate zone and nutrient system, allowing your mix of crops to be adaptable to your customers' needs. The labour costs are reduced by our patented, automated crop-to-operator 'BenchCarousel' that is standard in every grow module. The ModuleX plant factory is the most efficient solution to maximise your return on investment.<br><br>https://urbancropsolutions.com/modulex/<br><br>Urban Crop Solutions develops tailor-made indoor vertical farming solutions for its clients. These systems are turnkey, robotized and able to be integrated in existing production facilities or food processing units. Urban Crop Solutions has its own range of standard growing container products. Being a total solution provider, they can also supply seeds, substrates and nutrients for clients that have limited experience with (indoor) farming. Currently the company has developed plant growing recipes for more than 220 crop varieties that can be grown in closed environment vertical farms. Some of these recipes (ranging from leafy greens, vegetables, medicinal plants to flowers) are developed exclusively for its clients by the Urban Crop Solutions team of plant scientists. With headquarters in Waregem (Belgium – Europe) and operations in Miami (Florida, US) and Osaka (Kansai, Japan) they are globally active.<br><br>https://urbancropsolutions.com/2019/04/09/ucs-joining-forces-for-intergalactic-project/ |



## ModuleX-8

multi-layer daylight-free cultivation system

https://urbancropsolutions.com/modulex/

Looking for crop growth algorithms that have been proven in real-life trials by experienced indoor plant scientists? Our crop guide contains 290+ tried and tested algorithms.

Our team, with a combined 30+ years of experience, have created the ideal controlled environment for plants to thrive. We now serve customers with our own plant growth algorithms. We operate multiple controlled environment growth chambers for crop cultivar screening, nutrient formulations, plant cultivation techniques, LED light spectrum research, hydroponic irrigation, and cultivation development.



growing the crop

culture substrate

https://urbancropsolutions.com/contract-research/



The rotating BenchCarousel moreover ensures that all crops have optimal and uniform exposure to LED light, by receiving 200+µmol of LED light close to the canopy (per rotation, every 90-seconds). And the individual benches allow for multiple growing combinations within the same climate zone, without disturbing one another.

You ca[n] ... erent herbs, leafy greens, and micro[s]... ow module, with allocated benches. The bench... ptimised for maximum plant density. For example, with Basil Genovese, we have achieved 220% higher plantin... k system than with a gully/gutter-based system.

cultivation shelves above one another

growing the crop

https://urbancropsolutions.com/modulex/

The next generation ModuleX plant factory can be custom-built for and assembled on-site at your facility. The length of the carousel can be extended, as can the structure and set-up of the racks, as well as the variability of the levels.

With a custom designed 'Box-in-Box' ModuleX, you can both increase your growth surface, and adhere to certain specifications in your given space that may render the traditional ModuleX unfitting.

cultivation shelves above one another



https://urbancropsolutions.com/modulex/

| | |
|---|---|
| controlling, in each of said cultivation shelves, a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a photosynthesis of the crop by controlling a light spectrum (e.g., light colors) supplied to the crop from light emitting diodes (e.g., LEDs of the accused system).

As shown below, the accused system has a lighting system which controls the |

| diodes, | intensity and spectrum of light provided to crops on each shelf of the accused system, thereby controlling photosynthesis of the crop. The lighting system adjusts the spectrum using red and blue LEDs based on the needs of the crop. |
|---|---|
| |  controlling a light spectrum supplied to the crop from light emitting diodes <br> https://www.youtube.com/watch?v=fwFQIaejX_c <br><br>  The rotating BenchCarousel moreover ensures that all crops have optimal and uniform exposure to LED light, by receiving 200+μmol of LED light close to the canopy (per rotation, every 90-seconds). And the individual benches allow for multiple growing combinations within the same climate zone, without disturbing one another. <br><br> You can therefore grow different herbs, leafy greens, and microgreens in the same grow module, with allocated benches. The benches can moreover be optimised for maximum plant density. For example, with Basil Genovese, we have achieved 220% higher planting density in our ModuleX system than with a gully/gutter-based system. <br><br> https://urbancropsolutions.com/modulex/ |

**Adaptability**

The ModuleX can be adjusted to any preference from irrigation, products, and lighting to size. It can be easily doubled or tripled by size to meet the farmer's needs. Lights are designed from a plant perspective, so specific needs are fulfilled to ensure the best crop growing condition. Maarten explains that the ModuleX is a great starting point for farming which can be upgraded into any preference.

controlling a light spectrum supplied to the crop

The independent climate zones and nutrient systems allow for flexibility with crop types. Customers can mix and match the settings of each grow module to grow different crops, based on the needs of their customers and the market. "The ModuleX has the ability to respond to price point changes in the market, which is very important when starting a first facility, for instance," he notes.

https://www.verticalfarmdaily.com/article/9355710/there-are-four-drivers-needed-for-successful-roi/



a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting diodes

*A view on the inside*

https://www.verticalfarmdaily.com/article/9355710/there-are-four-drivers-needed-for-successful-roi/

| | |
|---|---|
| | **"Eliven Tropical" will be present at Fruit Logistica at booth C-01, where Urban Crop Solutions is delighted to share the progress of a cutting-edge research center in Malaga, Spain, showcasing exciting advancements in the field. This new facility is poised to pioneer the future of indoor vertical agriculture in the southern region of Spain.**<br><br>A highlight of the research center is the ModuleX facility, featuring a modular and versatile cultivation system. With precise control over crucial factors such as temperature, humidity, and lighting, the system enables simultaneous cultivation of various crops. Urban Crop Solutions will utilize this facility to conduct extensive research on optimal growing methods and conditions for a diverse range of crops focussing on wellbeing and value-add nutritional compounds.<br><br>https://urbancropsolutions.com/2024/02/02/urban-crop-solutions-builds-state-of-the-art-research-center-in-spain-eliven-tropical/ |
| controlling, in each of said cultivation shelves, a root temperature of a root system of the crop at a desired value, | The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), a root temperature of a root system of the crop at a desired value.<br><br>As shown below, the accused system has climate zones which automatically control air temperature, water temperature, humidity, CO2 concentrations, and airflow for ideal growing conditions. Since the crops are grown in culture substrate, the temperature-controlled water is in direct contact with the root system of the crops on each shelf, thereby controlling the root temperature of the crop to a desired value. |

The ModuleX is our second-generation hydroponic plant factory, engineered with commercial success in mind. It can be configured starting at one grow module, so your plant factory is scalable with the growth of your business.

One grow module features 86 m2 (926 sq. ft.) of growing surface. And each separate module allows for an independent climate zone and nutrient system, allowing your mix of crops to be adaptable to your customers' needs. The labour costs are reduced by our patented, automated crop-to-operator 'BenchCarousel' that is standard in every grow module. The ModuleX plant factory is the most efficient solution to maximise your return on investment.



https://urbancropsolutions.com/modulex/

### Lighting

Our proprietary LED solutions allow us to test plants under various light spectra (UV/Blue/White1/White2/Red/farRed), different intensities, DLI (daylight integral), variable light treatments, and circadian rhythms.

### Cimate

During each stage of plant growth and photoperiod, we control temperature, relative humidity, ventilation speed and CO2 levels. To optimize the plant environment, we take measurements of photosynthesis, VPD (vapor pressure deficit) and transpiration.

### Soil

Each plant has its own desires and various substrates are tested for each application. Ranging from peat to coco, textile to stone wool, synthetic to organic, and all in combination with the right formulation of macro- and micronutrients.

https://urbancropsolutions.com/controlled-environment-agriculture/

They can include physiological aspects such as leaf size, weight or coloration, or the nutritional content, the required shelf life, crispness, or many other elements. Each plant growth algorithm our team of plant scientists develop starts from a specification sheet on which a design of experiments is set up and results in a specific yield and plant characteristics.

Based on the customer requirements, we start a screening process to identify the best-suited seed cultivar or seed variety. Various breeders from different geographical locations can be analyzed to identify which specific seed has the best suited genetics and traits for the desired application.

Our Research Center allows our plant scientists to validate the best-suited irrigation and nutrient formulation settings during each stage of growth. Parameters that can be controlled are duration, frequency, temperature, dissolved oxygen, pH & EC value, nutrient recipe, and beneficial microorganisms.

https://urbancropsolutions.com/controlled-environment-agriculture/

<table>
<tr><td></td><td>

### Factors that determine plant quality: Quantity and temperature of the water

A flow meter measures the flow of water to ensure selective watering of the plants. "In this manner we can also determine whether the pump is functioning as required or whether maintenance is necessary", explains Devos. Since the water temperature also affects growth and quality, it is continuously monitored by a temperature sensor. A level sensor also measures the water level in the tank.

"We recycle the water to minimize consumption. But of course, we still need to make sure there is enough water available at all times to prevent the plants from drying out."

https://www.ifm.com/us/en/shared/successstories/reports/urban-crop-solutions

### Factors Affecting Root Zone Temperature

Several factors can impact the root zone temperature in hydroponic systems. These include ambient temperature, water temperature, air circulation, and insulation. It's important to monitor and control these factors to maintain the ideal root zone temperature range for different crops.

https://kryzen.com/optimizing-root-zone-temperature-for-hydroponic-crops/

</td></tr>
<tr><td>

controlling, in each of said cultivation shelves, carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature

</td><td>

The accused system practices controlling, in each of said cultivation shelves (e.g., shelves of the accused system), carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature.

As shown below, the accused system has a lighting system which controls the intensity and spectrum of light provided to crops on each shelf. It also has a control system which automatically controls air temperature, humidity, and airflow across all shelves. Light intensity, ambient air temperature, and airflow are established environmental factors that directly influence leaf temperature. By controlling these parameters, the two systems together control the leaf temperature difference of the leaves compared to ambient temperature on each

</td></tr>
</table>

shelf, thereby controlling carbon dioxide assimilation of the leaf system of the crop.



https://www.youtube.com/watch?v=fwFQIaejX_c



The rotating BenchCarousel moreover ensures that all crops have optimal and uniform exposure to LED light, by receiving 200+µmol of LED light close to the canopy (per rotation, every 90-seconds). And the individual benches allow for multiple growing combinations within the same climate zone, without disturbing one another.

You can therefore grow different herbs, leafy greens, and microgreens in the same grow module, with allocated benches. The benches can moreover be optimised for maximum plant density. For example, with Basil Genovese, we have achieved 220% higher planting density in our ModuleX system than with a gully/gutter-based system.

https://urbancropsolutions.com/modulex/

**Adaptability**

The ModuleX can be adjusted to any preference from irrigation, products, and lighting to size. It can be easily doubled or tripled by size to meet the farmer's needs. Lights are designed from a plant perspective, so specific needs are fulfilled to ensure the best crop growing condition. Maarten explains that the ModuleX is a great starting point for farming which can be upgraded into any preference.

The independent climate zones and nutrient systems allow for flexibility with crop types. Customers can mix and match the settings of each grow module to grow different crops, based on the needs of their customers and the market. "The ModuleX has the ability to respond to price point changes in the market, which is very important when starting a first facility, for instance," he notes.

https://www.verticalfarmdaily.com/article/9355710/there-are-four-drivers-needed-for-successful-roi/

**"Eliven Tropical" will be present at Fruit Logistica at booth C-01, where Urban Crop Solutions is delighted to share the progress of a cutting-edge research center in Malaga, Spain, showcasing exciting advancements in the field. This new facility is poised to pioneer the future of indoor vertical agriculture in the southern region of Spain.**

A highlight of the research center is the ModuleX facility, featuring a modular and versatile cultivation system. With precise control over crucial factors such as temperature, humidity, and lighting, the system enables simultaneous cultivation of various crops. Urban Crop Solutions will utilize this facility to conduct extensive research on optimal growing methods and conditions for a diverse range of crops focussing on wellbeing and value-add nutritional compounds.

https://urbancropsolutions.com/2024/02/02/urban-crop-solutions-builds-state-of-the-art-research-center-in-spain-eliven-tropical/

The ModuleX is our second-generation hydroponic plant factory, engineered with commercial success in mind. It can be configured starting at one grow module, so your plant factory is scalable with the growth of your business.

One grow module features 86 m2 (926 sq. ft.) of growing surface. And each separate module allows for an independent climate zone and nutrient system, allowing your mix of crops to be adaptable to your customers' needs. The labour costs are reduced by our patented, automated crop-to-operator 'BenchCarousel' that is standard in every grow module. The ModuleX plant factory is the most efficient solution to maximise your return on investment.

https://urbancropsolutions.com/modulex/

| Lighting | Cimate | Soil |
|---|---|---|
| Our proprietary LED solutions allow us to test plants under various light spectra (UV/Blue/White1/White2/Red/farRed), different intensities, DLI (daylight integral), variable light treatments, and circadian rhythms. | During each stage of plant growth and photoperiod, we control temperature, relative humidity, ventilation speed and CO2 levels. To optimize the plant environment, we take measurements of photosynthesis, VPD (vapor pressure deficit) and transpiration. | Each plant has its own desires and various substrates are tested for each application. Ranging from peat to coco, textile to stone wool, synthetic to organic, and all in combination with the right formulation of macro- and micronutrients. |

https://urbancropsolutions.com/controlled-environment-agriculture/

**Heating feature**

The most innovative feature of ModuleX, according to Maarten, would be the climate system which has unique air conditioning and air humidification features. Double heating pumps allow for heat removal when temperatures rise. However, at the same time, excessive heat is used to dehumidify the cultivation space.

https://www.verticalfarmdaily.com/article/9355710/there-are-four-drivers-needed-for-successful-roi/

<table>
<tr>
<td></td>
<td>

### 9.4.2.2 Temperature

Air temperature is generally used as the temperature when discussing the influence of temperature on plant photosynthesis or respiration. However, plant body temperature (or leaf temperature) has a direct effect on the biochemical reactions necessary for plant physiology. For example, the leaf temperature at which the maximum net photosynthetic rate is reached falls in the range of 20–30°C. Leaf temperature increases due to the increase in radiant energy absorbed by the leaves and decreases due to the increase in sensible and latent heat energy transported from the leaves to the air. Therefore, environmental factors (light intensity, temperature, humidity, airflow velocity, etc.) associated with this energy balance influence leaf temperature and eventually influence photosynthesis and growth.

https://www.sciencedirect.com/topics/engineering/leaf-temperature

</td>
</tr>
<tr>
<td>

wherein, in each of said cultivation shelves, the control of photosynthesis by controlling the light spectrum, the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted:
to one another,

</td>
<td>

The accused system practices controlling, wherein, in each of said cultivation shelves (e.g., shelves of the accused system), the control of photosynthesis by controlling the light spectrum (e.g., light colors), the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted: to one another.

As shown below, the accused system controls photosynthesis (via the LED light spectrum), root temperature (via temperature-controlled water in contact with the root system), and carbon dioxide assimilation (via leaf temperature relative to ambient) together within a single sealed container environment through its control system. Using crop-specific recipes, the system configures environmental parameters for a crop, which is a plant-dependent setting of the growth factors. These factors are also physically interdependent: the light incident on the leaf affects leaf temperature, the air and root temperature affect transpiration and stomatal behavior, and stomatal opening governs both carbon dioxide uptake and evaporation. Because all three are controlled together in the same conditioned environment and set jointly for the crop, the control of

</td>
</tr>
</table>

photosynthesis, the control of root temperature, and the control of carbon dioxide assimilation by controlling a leaf temperature difference are adapted to one another in each cultivation shelf.



The rotating BenchCarousel moreover ensures that all crops have optimal and uniform exposure to LED light, by receiving 200+µmol of LED light close to the canopy (per rotation, every 90-seconds). And the individual benches allow for multiple growing combinations within the same climate zone, without disturbing one another.

You can therefore grow different herbs, leafy greens, and microgreens in the same grow module, with allocated benches. The benches can moreover be optimised for maximum plant density. For example, with Basil Genovese, we have achieved 220% higher planting density in our ModuleX system than with a gully/gutter-based system.

https://urbancropsolutions.com/modulex/

**"Eliven Tropical" will be present at Fruit Logistica at booth C-01, where Urban Crop Solutions is delighted to share the progress of a cutting-edge research center in Malaga, Spain, showcasing exciting advancements in the field. This new facility is poised to pioneer the future of indoor vertical agriculture in the southern region of Spain.**

A highlight of the research center is the ModuleX facility, featuring a modular and versatile cultivation system. With precise control over crucial factors such as temperature, humidity, and lighting, the system enables simultaneous cultivation of various crops. Urban Crop Solutions will utilize this facility to conduct extensive research on optimal growing methods and conditions for a diverse range of crops focussing on wellbeing and value-add nutritional compounds.

https://urbancropsolutions.com/2024/02/02/urban-crop-solutions-builds-state-of-the-art-research-center-in-spain-eliven-tropical/

The ModuleX is our second-generation hydroponic plant factory, engineered with commercial success in mind. It can be configured starting at one grow module, so your plant factory is scalable with the growth of your business.

One grow module features 86 m2 (926 sq. ft.) of growing surface. And each separate module allows for an independent climate zone and nutrient system, allowing your mix of crops to be adaptable to your customers' needs. The labour costs are reduced by our patented, automated crop-to-operator 'BenchCarousel' that is standard in every grow module. The ModuleX plant factory is the most efficient solution to maximise your return on investment.



https://urbancropsolutions.com/modulex/

| Lighting | Cimate | Soil |
|---|---|---|
| Our proprietary LED solutions allow us to test plants under various light spectra (UV/Blue/White1/White2/Red/farRed), different intensities, DLI (daylight integral), variable light treatments, and circadian rhythms. | During each stage of plant growth and photoperiod, we control temperature, relative humidity, ventilation speed and CO2 levels. To optimize the plant environment, we take measurements of photosynthesis, VPD (vapor pressure deficit) and transpiration. | Each plant has its own desires and various substrates are tested for each application. Ranging from peat to coco, textile to stone wool, synthetic to organic, and all in combination with the right formulation of macro- and micronutrients. |

https://urbancropsolutions.com/controlled-environment-agriculture/

**Heating feature**

The most innovative feature of ModuleX, according to Maarten, would be the climate system which has unique air conditioning and air humidification features. Double heating pumps allow for heat removal when temperatures rise. However, at the same time, excessive heat is used to dehumidify the cultivation space.

https://www.verticalfarmdaily.com/article/9355710/there-are-four-drivers-

needed-for-successful-roi/

**Space Optimization**
Vertical farming is renowned for its efficient use of space, and this advantage extends to fruiting crops. By growing these crops in vertically stacked layers, farms can maximize yield per square meter, making it possible to produce more fruit in less space compared to traditional farming methods.

**Enhanced Control Over Growing Conditions**
The controlled environment of vertical farming allows for precise management of factors such as light, temperature, humidity, and nutrient levels. This level of control can lead to optimized growing conditions for fruiting crops, potentially resulting in higher yields, better quality, and reduced crop losses due to pests and diseases.

https://urbancropsolutions.com/2024/10/16/vertical-farming-pros-and-cons/

| Which crops can I grow in addition to lettuce, herbs, and microgreens? | + |
| --- | --- |
| My crop is not in your Crop Guide, can I still grow it in your systems? | − |

Yes, you can grow nearly any crop in our Plant Factories and we will be happy to help you on your journey to "Grow-How". Our Research Center is available for the development of your specific growth recipe and for contract research.

Find out more about the next steps on our Indoor Biology page where you can also contact us for more information.

| Can I grow many crops together in the same system? | + |
| --- | --- |

https://web.archive.org/web/20251207101918/https://urbancropsolutions.com/the-modulex-features-and-pricelist/

**Summary.** Leaf gas exchange of *Vigna unguiculata* was influenced by short-term (day-to-day) changes in soil temperature and the response depended upon the aerial environment. When aerial conditions were constant at 30° C leaf temperature, high air humidity and moderate quantum flux, $CO_2$ assimilation rate and leaf conductance increased with increases in soil temperature from 20 to 35° C, and this response was reversible. Decreases in $CO_2$ assimilation rate and leaf conductance were observed at root temperatures above 30° C when root temperatures were increased from 20° C to 40° C and when air humidity was decreased in steps during the day. In contrast, varying soil temperatures between 20 to 35° C had no influence on gas exchange when shoots were subjected to a wide range of temperatures during each day.

The gain ratio $\partial A/\partial E$ remained constant at different air humi-

in arid and semi-arid habitats. Virtually no studies are known to the authors which investigate short-term effects of high soil temperatures on gas exchange processes at the leaf level. Therefore, the present study was conducted to elucidate this aspect of plant existence in semi-arid environments. *Vigna unguiculata* was studied since it is subjected to high soil temperatures in its natural habitats. Experiments on short-term effects of soil temperature are also relevant to the interpretation of experiments in controlled environments, where pot and shoot temperatures are frequently similar and altered at the same time.

to one another

Cowpeas (*Vigna unguiculata* L. Walp. cv California Blackeye No. 5) were grown in a walk-in growth chamber (Weiss Klima-

https://d1wqtxts1xzle7.cloudfront.net/40003224/Effects_of_day-to-day_changes_in_root_te20151114-26039-o79npt-libre.pdf

lowers photosynthesis. Three days of chilling (10 C) at 170 w·m$^{-2}$ reduces the photosynthetic capacity of youngest-mature *Paspalum* leaves only 30 to 40% while *Sorghum* leaves are essentially inoperative when returned to 25 C after the same stress. Root temperature has a substantial rapid effect on photosynthesis of soybean and little immediate effect on *Sorghum*. Photosynthesis of stress–intolerant species (*Sorghum*) is reduced only slightly more than that of semitolerant species (*Paspalum*) when temperatures are lowered at mid–photoperiod, but to a far greater extent if temperatures are reduced at the commencement of a photoperiod.

to one another

https://academic.oup.com/plphys/article/47/5/713/6091634?login=false

| forcing the crop into an intended carbon dioxide assimilation, and | The accused system practices forcing the crop into an intended carbon dioxide assimilation. |
|---|---|
| | As shown below, $CO_2$ is one of the environmental factors that the accused system controls through its climate control, and the control system regulates the $CO_2$ concentration within the closed cell to a target value. Because the rate of carbon dioxide assimilation (carbon fixation in photosynthesis) is governed by |

the $CO_2$ available to the leaf, the system, by actively holding the $CO_2$ concentration at a target level in the sealed environment surrounding the crop on each shelf, drives and thereby forces the crop into the intended carbon dioxide assimilation.

The ModuleX is our second-generation hydroponic plant factory, engineered with commercial success in mind. It can be configured starting at one grow module, so your plant factory is scalable with the growth of your business.

One grow module features 86 m2 (926 sq. ft.) of growing surface. And each separate module allows for an independent climate zone and nutrient system, allowing your mix of crops to be adaptable to your customers' needs. The labour costs are reduced by our patented, automated crop-to-operator 'BenchCarousel' that is standard in every grow module. The ModuleX plant factory is the most efficient solution to maximise your return on investment.



https://urbancropsolutions.com/modulex/

### Lighting

Our proprietary LED solutions allow us to test plants under various light spectra (UV/Blue/White1/White2/Red/farRed), different intensities, DLI (daylight integral), variable light treatments, and circadian rhythms.

### Cimate

During each stage of plant growth and photoperiod, we control temperature, relative humidity, ventilation speed and CO2 levels. To optimize the plant environment, we take measurements of photosynthesis, VPD (vapor pressure deficit) and transpiration.

### Soil

Each plant has its own desires and various substrates are tested for each application. Ranging from peat to coco, textile to stone wool, synthetic to organic, and all in combination with the right formulation of macro- and micronutrients.

https://urbancropsolutions.com/controlled-environment-agriculture/

| | |
|---|---|
| | **Quality assurance & validation**<br><br>PPFD range: 200 to +1,000 µmol/m²/s (crop- & objective-dependent)<br>Spectrum: 350–750 nm (broad & tunable)<br>DLI requirements: 5–35 mol/day<br><br>Light report: PPFD map, spectrum verification, uniformity analysis<br>Commissioning report: equipment tests, control tuning, safety checks<br>Final sign-off matrix aligned with predefined acceptance criteria<br><br>Climate from +6°C to +30°C with a deviation of +/- 1°C<br>Relative humidity control from 40 to 100%<br>Addition of CO2, whether or not extracted directly from the ambient air.<br><br>Keep your downtime low with remote monitoring<br>Response time for support: <4 h during business hours<br>Yearly or quarterly health check with recommended adjustments<br><br>https://urbancropsolutions.com/approach/ |
| controlling an evaporation of said crop via the leaf by regulating a correct amount of energy on the leaf. | The accused system practices controlling an evaporation of said crop via the leaf by regulating a correct amount of energy (e.g., light intensity) on the leaf.<br><br>As shown below, the accused system has a lighting system that controls the amount of light energy delivered to the crops on each shelf. The system regulates this energy by optimizing the exposure and intensity of the LED array. In its disclosed approach, the system also controls the daily light integral (DLI), which is the amount of energy provided to a crop. As established in plant science, the amount of light energy on the leaf surface directly controls the rate of evaporation from the leaf. By regulating the correct amount of light energy on the leaf through exposure control, the lighting system thereby controls the evaporation of the crop via the leaf. |



The rotating BenchCarousel moreover ensures that all crops have optimal and uniform exposure to LED light, by receiving 200+µmol of LED light close to the canopy (per rotation, every 90-seconds). And the individual benches allow for multiple growing combinations within the same climate zone, without disturbing one another.

You can therefore grow different herbs, leafy greens, and microgreens in the same grow module, with allocated benches. The benches can moreover be optimised for maximum plant density. For example, with Basil Genovese, we have achieved 220% higher planting density in our ModuleX system than with a gully/gutter-based system.

https://urbancropsolutions.com/modulex/

**"Eliven Tropical" will be present at Fruit Logistica at booth C-01, where Urban Crop Solutions is delighted to share the progress of a cutting-edge research center in Malaga, Spain, showcasing exciting advancements in the field. This new facility is poised to pioneer the future of indoor vertical agriculture in the southern region of Spain.**

A highlight of the research center is the ModuleX facility, featuring a modular and versatile cultivation system. With precise control over crucial factors such as temperature, humidity, and lighting, the system enables simultaneous cultivation of various crops. Urban Crop Solutions will utilize this facility to conduct extensive research on optimal growing methods and conditions for a diverse range of crops focussing on wellbeing and value-add nutritional compounds.

https://urbancropsolutions.com/2024/02/02/urban-crop-solutions-builds-state-of-the-art-research-center-in-spain-eliven-tropical/

**Space Optimization**

Vertical farming is renowned for its efficient use of space, and this advantage extends to fruiting crops. By growing these crops in vertically stacked layers, farms can maximize yield per square meter, making it possible to produce more fruit in less space compared to traditional farming methods.

**Enhanced Control Over Growing Conditions**

The controlled environment of vertical farming allows for precise management of factors such as light, temperature, humidity, and nutrient levels. This level of control can lead to optimized growing conditions for fruiting crops, potentially resulting in higher yields, better quality, and reduced crop losses due to pests and diseases.

https://urbancropsolutions.com/2024/10/16/vertical-farming-pros-and-cons/

| Lighting | Cimate | Soil |
|---|---|---|
| Our proprietary LED solutions allow us to test plants under various light spectra (UV/Blue/White1/White2/Red/farRed), different intensities, DLI (daylight integral), variable light treatments, and circadian rhythms. | During each stage of plant growth and photoperiod, we control temperature, relative humidity, ventilation speed and CO2 levels. To optimize the plant environment, we take measurements of photosynthesis, VPD (vapor pressure deficit) and transpiration. | Each plant has its own desires and various substrates are tested for each application. Ranging from peat to coco, textile to stone wool, synthetic to organic, and all in combination with the right formulation of macro- and micronutrients. |

https://urbancropsolutions.com/controlled-environment-agriculture/

## Quality assurance & validation

PPFD range: 200 to +1,000 µmol/m²/s (crop- & objective-dependent)
Spectrum: 350–750 nm (broad & tunable)
DLI requirements: 5–35 mol/day

Light report: PPFD map, spectrum verification, uniformity analysis
Commissioning report: equipment tests, control tuning, safety checks
Final sign-off matrix aligned with predefined acceptance criteria

Climate from +6°C to +30°C with a deviation of +/- 1°C
Relative humidity control from 40 to 100%
Addition of CO2, whether or not extracted directly from the ambient air.

Keep your downtime low with remote monitoring
Response time for support: <4 h during business hours
Yearly or quarterly health check with recommended adjustments

https://urbancropsolutions.com/approach/

# The Indirect Heating Effect of Solar Energy

Light also affects the transpiration rate through a physical, indirect mechanism: the conversion of solar energy into heat. Solar radiation that strikes the leaf surface is absorbed and converted to thermal energy, which raises the leaf's temperature. This increase in temperature affects the rate at which water evaporates from the moist cell walls inside the leaf's air spaces.

The warmer the leaf becomes, the higher the concentration of water vapor inside the leaf's intercellular spaces. This creates a steeper gradient between the high vapor concentration inside the leaf and the lower concentration in the surrounding atmosphere, a difference known as the vapor pressure deficit. This steep gradient accelerates the diffusion of water vapor out through the open stomata. Even with the stomata already open due to the direct light signal, the sun's thermal energy drives a faster rate of water loss by increasing the potential for evaporation.

https://scienceinsights.org/how-does-light-affect-the-rate-of-transpiration/

### Environmental factors that affect the rate of transpiration

1. Light

Plants transpire more rapidly in the light than in the dark. This is largely because light stimulates the opening of the stomata (mechanism). Light also speeds up transpiration by warming the leaf.

**2. Temperature**

Plants transpire more rapidly at higher temperatures because water evaporates more rapidly as the temperature rises. At 30°C, a leaf may transpire three times as fast as it does at 20°C.

**3. Humidity**

The rate of diffusion of any substance increases as the difference in concentration of the substances in the two regions increases.When the surrounding air is dry, diffusion of water out of the leaf goes on more rapidly.

https://bio.libretexts.org/Bookshelves/Introductory_and_General_Biology/ Biology_(Kimball)/16:_The_Anatomy_and_Physiology_of_Plants/ 16.02:_Plant_Physiology/16.2C:_Transpiration

Leaf stomata are the primary sites of transpiration and consist of two guard cells that form a small pore on the surfaces of leaves. The guard cells control the opening and closing of the stomata in response to various environmental stimuli and can regulate the rate of transpiration to reduce water loss. Darkness and internal water deficit tend to close stomata and decrease transpiration; illumination, ample water supply, and optimum temperature open stomata and increase transpiration. Many plants close their stomata under high temperature conditions to reduce evaporation or under high concentrations of carbon dioxide gas, when the plant likely has sufficient quantities for photosynthesis.



**stoma with guard cells** Scanning electron micrograph of an open spinach stoma with two guard cells (green). There are two...(more)

https://www.britannica.com/science/transpiration